07 - 173

FORM TO BE USED BY A PRISONER FILING AN
APPLICATION TO PROCEED IN FORMA PAUPERIS
IN A 42 U.S.C. § 1983 CIVIL RIGHTS ACTION
IN THE UNITED STATES DISTRICT COURT
FOR THE Wilmington DISTRICT OF DELAWARE

I. CAPTION

Gbeke M. Awala
(Enter the full name of plaintiff or plaintiffs)

07 - 173

v.

Clerk, Peter T. Dalleo.

FILED
MAR 23 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(Enter the full name of defendant or defendants)

Instructions:

The caption of this application should be identical to the caption of the complaint. A separate application must be completed by each plaintiff listed in the caption. Show your full name in the first line of the declaration below. Provide all information requested.

II. DECLARATION

I, (your name) Gbeke M. Awala, declare that I am the plaintiff in the above-captioned 42 U.S.C. § 1983 civil rights action, and that I am entitled to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 because of my inability to prepay the full fee to file this action or give security therefor. I understand that the granting of in forma pauperis status does not waive payment of the full filing fee.

In further support of this application, I provide the following information:

1. Do you presently have prison employment?    yes ( ) no (✓)

2. If you are not employed do you have other income?    yes ( ) no (✓)

3. If "yes" to either of above, state source of monthly income and amount.

   source _____  amount _____

4. If "no," state date and place of last employment and amount of monthly income.

   date and place _____  amount _____

5. Do you have money in a prison account? yes (✓) no ( ) amount 0.16
6. Do you have money in a bank account? yes ( ) no (✓) amount _____

7. Do you own or have an interest in valuable property such an automobile, real estate, stocks, or bonds?    yes ( ) no (✓)

   If "yes," describe property _____  value _____

10

8. List the persons who depend on you for support, state their relationship to you, and how much you contribute toward their support.

_____

9. State whether you have received within the past 12 months any money from any of the following sources:

a. Business, profession or other form of self-employment   yes ( )  no ( )

b. Rent payments, interest or dividends                    yes ( )  no ( )

c. Pensions, annuities or life insurance payments          yes ( )  no ( )

d. Gifts or inheritances                                   yes ( )  no ( )

e. Any other sources                                       yes ( )  no ( )

If the answer to any of the above is "yes," describe each source of money and state the amount received from each source during the past 12 months.

_____

### III. DECLARATION AND SIGNATURE

I declare under penalty of perjury that the foregoing is true and correct.

_____     3/19/07
SIGNATURE OF PLAINTIFF                DATE

### IV. CERTIFICATION

**Instructions:**

Request that an appropriate prison official provide: 1) the information below concerning your **inmate trust fund account** balances; and 2) a certified copy of your **inmate trust fund account** statement showing all deposits and withdrawals for the prior six-month period.

I certify that the applicant named herein has the sum of $ __16__ on account to his credit at the __Mcc__ institution where he is confined.

I further certify that during the last six months the applicant's average monthly account balance was $ _____, and that the average monthly deposits during the during the last six months were $ _____.

_____     3-19-7
SIGNATURE AND TITLE OF AUTHORIZED OFFICIAL    DATE

Gbeke Michael Awala
No. 82074-054
Moshannon Valley Correctional Center
P.O. Box 2000
Philipsburg PA 16866

Sue L. Robinson
Chief Judge
United States District
for The District of L
844 N. King Street, L
Wilmington, DE 19801-3

U.S.M.S.
X-RAY

FILED
MAR 23, 2007
SUE L. ROBINSON
U.S. DISTRICT JUDGE



d. Awala
† Correctional Center
ry
D
6866

Sue L. Robinson
Chief Judge
United States District Court
for The District of Delaware
844 N. King Street, Lockbox 31
Wilmington, DE 19801-3570



FILED
MAR 23, 2007
SUE L. ROBINSON
U.S. DISTRICT JUDGE

```
                              MOSHANNON VALLEY
                  ==========================================             07-  173
                             Resident Account Statement
                         Tuesday, February 20, 2007  @07:43
                  ==========================================
For CIN: 82074054    AWALA, GBEKE
------------------------------------------------------------------------------
  Date      Description                      +        -      Avail    Owed    Held    Reference
------------------------------------------------------------------------------
09/07/2006  PPAY - Education 1              2.04     --       2.04    0.00    0.00
09/12/2006  8HRS@.12 STUDENT                0.96     --       3.00    0.00    0.00
09/29/2006  JPay Deposit from JOE KALABA  100.00     --     103.00    0.00    0.00
09/29/2006  55 COPIES                        --     5.50    103.00    5.50    0.00
09/29/2006  55 COPIES                        --      --      97.50    0.00    0.00
09/29/2006  10 COPIES                        --     1.00     97.50    1.00    0.00
09/29/2006  10 COPIES                        --      --      96.50    0.00    0.00
09/29/2006  97 COPIES                        --     9.70     96.50    9.70    0.00
09/29/2006  97 COPIES                        --      --      86.80    0.00    0.00
09/29/2006  36 COPIES                        --     3.60     86.80    3.60    0.00
09/29/2006  36 COPIES                        --      --      83.20    0.00    0.00
09/29/2006  92 COPIES                        --     9.20     83.20    9.20    0.00
09/29/2006  92 COPIES                        --      --      74.00    0.00    0.00
09/29/2006  50 COPIES                        --     5.00     74.00    5.00    0.00
09/29/2006  50 COPIES                        --      --      69.00    0.00    0.00
09/29/2006  29 COPIES                        --     2.90     69.00    2.90    0.00
09/29/2006  29 COPIES                        --      --      66.10    0.00    0.00
09/29/2006  81 COPIES                        --     8.10     66.10    8.10    0.00
09/29/2006  81 COPIES                        --      --      58.00    0.00    0.00
10/02/2006  OID:100012332-ComisaryPurch-Reg  --    52.84      5.16    0.00    0.00
10/06/2006  PPAY - Education 1              0.36     --       5.52    0.00    0.00
10/10/2006  VOID-55 COPIES                   --      --      11.02    5.50    0.00
10/10/2006  VOID-10 COPIES                   --      --      12.02    6.50    0.00
10/10/2006  VOID-97 COPIES                   --      --      21.72   16.20    0.00
10/10/2006  VOID-92 COPIES                   --      --      30.92   25.40    0.00
10/10/2006  VOID-36 COPIES                   --      --      34.52   29.00    0.00
10/10/2006  VOID-50 COPIES                   --      --      39.52   34.00    0.00
10/10/2006  VOID-29 COPIES                   --      --      42.42   36.90    0.00
10/10/2006  VOID-81 COPIES                   --      --      50.52   45.00    0.00
10/10/2006  VOID-55 COPIES                  5.50     --      50.52   39.50    0.00
10/10/2006  VOID-10 COPIES                  1.00     --      50.52   38.50    0.00
10/10/2006  VOID-97 COPIES                  9.70     --      50.52   28.80    0.00
10/10/2006  VOID-92 COPIES                  9.20     --      50.52   19.60    0.00       07-  173
10/10/2006  VOID-36 COPIES                  3.60     --      50.52   16.00    0.00
10/10/2006  VOID-50 COPIES                  5.00     --      50.52   11.00    0.00
10/10/2006  VOID-29 COPIES                  2.90     --      50.52    8.10    0.00
10/10/2006  VOID-81 COPIES                  8.10     --      50.52    0.00    0.00
10/11/2006  JPay Deposit from JOE KALABA  100.00     --     150.52    0.00    0.00
10/16/2006  OID:100014711-ComisaryPurch-Reg  --    83.01     67.51    0.00    0.00
10/20/2006  OID:100014711-ComisaryRefund-Reg 3.90    --      71.41    0.00    0.00
10/20/2006  78 COPIES MADE ON 10/13/06       --     7.80     71.41    7.80    0.00
10/20/2006  78 COPIES MADE ON 10/13/06       --      --      63.61    0.00    0.00
10/23/2006  OID:100015679-ComisaryPurch-Reg  --    33.86     29.75    0.00    0.00
10/24/2006  21 COPIES MADE ON 10/19/06       --     2.10     29.75    2.10    0.00
10/24/2006  21 COPIES MADE ON 10/19/06       --      --      27.65    0.00    0.00
10/24/2006  30 COPIES MADE ON 10/19/06       --     3.00     27.65    3.00    0.00
10/24/2006  30 COPIES MADE ON 10/19/06       --      --      24.65    0.00    0.00
10/25/2006  EVELYN #48663689679            50.00     --      74.65    0.00    0.00
10/26/2006  J FEDNANDEZ #55764932707      100.00     --     174.65    0.00    0.00
10/30/2006  OID:100016675-ComisaryPurch-Reg  --   123.44     51.21    0.00    0.00
10/30/2006  MAIL CHARGES                     --     5.79     51.21    5.79    0.00
10/30/2006  MAIL CHARGES                     --      --      45.42    0.00    0.00
11/01/2006  MAIL CHARGES                     --     1.89     45.42    1.89    0.00
11/01/2006  MAIL CHARGES                     --      --      43.53    0.00    0.00
11/01/2006  MAIL CHARGES                     --     4.18     43.53    4.18    0.00
11/01/2006  MAIL CHARGES                     --      --      39.35    0.00    0.00
11/03/2006  MAIL CHARGES                     --      --      39.35    0.00    0.00
11/03/2006  MAIL CHARGES                     --      --      39.35    0.00    0.00
11/03/2006  MAIL CHARGES                     --     5.30     39.35    5.30    0.00
11/03/2006  MAIL CHARGES                     --      --      34.05    0.00    0.00
11/03/2006  MAIL CHARGES                     --     4.20     34.05    4.20    0.00
11/03/2006  MAIL CHARGES                     --      --      29.85    0.00    0.00
11/03/2006  SNEAKER PAYMENT                  --    28.10     29.85   28.10    0.00
11/03/2006  SNEAKER PAYMENT                  --      --       1.75    0.00    0.00
------------------------------------------------------------------------------
                                      Page 1
```



12a

```
===================================================
                    MOSHANNON VALLEY
===================================================
                Resident Account Statement
              Tuesday, February 20, 2007  @07:43
===========================================================================
For CIN: 82074054    AWALA, GBEKE
---------------------------------------------------------------------------
   Date    Description                     +        -     Avail   Owed   Held   Reference
---------------------------------------------------------------------------
11/06/2006 OID:100016675-ComisaryRefund-Reg  2.07    --    3.82    0.00   0.00
11/28/2006 2.55 + 1.11 MAIL CHARGES           --   3.66    3.82    3.66   0.00
11/28/2006 2.55 + 1.11 MAIL CHARGES           --    --     0.16    0.00   0.00

                      Totals:              404.33 (404.17)
                      NetWorth:                           0.16
```

Gbeke Michael Awala
No. 82074-054
Moshannon Valley Correctional Center
P.O. Box 2000
Philipsburg PA 16866

Sue L. Robinson
Chief Judge
United States District
for The District of
844 N. King Street, L
Wilmington, DE 19801-3

U.S.M.S.
X-RAY

FILED
MAR 23, 2007
SUE L. ROBINSON
U.S. DISTRICT JUDGE



...ed Awala
...y Correctional Center
...6866

Sue L. Robinson
Chief Judge   District Court
United States   of Delaware
For The District of Delaware
844 N. King Street, Lockbox 31
Wilmington, DE 19801-3570





FILED
MAR 23, 2007
SUE L. ROBINSON
U.S. DISTRICT JUDGE