IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GBEKE MICHAEL AWALA, | : |
| Plaintiff, | : |
| | : |
| v. | :  Civ No. :07-1173-GMS |
| | :  Third Cir. Appeal No.:07-2361 |
| PETER T. DALLEO, | ;  (Peter T. Dalleo-Appellee). |
| Defendant, | :  Civ No. :07-124 JF |
| DIRECTOR OF ADMINISTRATIVE | :  Third Cir. No.:07-2165 |
| OFFICE OF UNITED STATES | : |
| COURTS et al. | : |
| Defendant... | : |

FILED
JAN - 7 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

*NOTICE OF APPEALS

This Court has violated due process under all circumstances by intentionally attempting to distort the judicial factfinding process. See United States v. Herman, 589 F.2d 1191, 1204 (3d Cir. 1978). WHEREAS, the order of the 'buffoon,' District Judge Joseph Farnan, dated December 17, 2007, and December 05, 2007. In both cases emphasize that the ensuing opinion or order was to intimidate the plaintiff, since the court records reflected that both cases have been decided on appeal in the Third Circuit, and currently awaiting petition for certiorari in the Supreme Court of the United States, accordingly, this practical arbsurdity are not left unbriddled an abuse in part of the aforementioned Judicial Officer, similarly, conduct prejudicial to effective court business. See 28 U.S.C. section 351. Mr. Joseph Farnan is your turn see you there. Nevertheless, this appeal must proceed appealing the unnecessary

orders, this court is divested jurisdiction in such a repugnant orders. Thus, the district court improperly and clearly erroneously ruled without brain on the matter.

Moreover, the inexcusable self-seeking judgment, merely based upon 'the impenitent heart of Judge Farnan, the hardness of his heart, men who do not obey the truth, but obey unrighteousness-indignation and wrath, tribulation and anguish, on every case they decided, they do evil, for they are amply filled with partiality without law, an instructor of the foolish Chief Judge Sue L. Robinson, Judge Gregory Slate, Circuit Judge Kent A. Jordan, having the form of knowledge and truth in the law, but undermined the truth joined in to supplant babes birth certificate, my birthright in the United States.' You all will not escape the judgment of God. See ROMANs 2:3  King James Version.

FORASMUCHAS, I was made to serve Four Years or more in prison, based on the unfounded allegation adjudicated by Mr. Kent A. Jordan, Beth E. Moskow Schnoll, the false arrest. See Posr v. Doherty, 944 F.2d 91, 96 (2d Cir. 1991), and the malicious prosicution, whereas, the clown Colm F. Connlly acted in malice, lacked probable cause, they initiated a frivolous prosecution against me, and refused to terminate it. See Posr v. Court Officer Shield #207, and see also Burns v. Reed, 500 U.S. 478, 490(1991), they are all fall short of the absolute immunity).

This Judicial Officer must then revive the following cases:
AWALA V. GRAND JURY, APPEAL NO.: 072863(3d Cir. 2007)
AWALA V. DURKIN, Civ No.:06-590-SLR(01-14-07)(D.Del).
AWALA V. ATTORNEY SAMUEL C. STRETTON, Civ . No. 05-cv-00472.
AWALA V. U.S. ATTORNEY'S OFFICE DELAWARE, Civ. No. 07-cv-110

AWALA V. ANDERSON, Appeal No.:06-3021(3d Cir. 2006).

AWALA V. FED. PUB. DEFENDER, Civ No. 05-cv-281(D. Del 2005).

In Benites v. Hampton, (1887) 123 US 519, the Supreme Court would dismiss case where there was no assignment of errors in transcript. See also United States v. Awala, Cr No. 04-901-KAJ-SLR-JJF-GOD. Appeal No.: 05-5479 & 06-2718, Chief Judge Anthony J. Scirica, Circuit Judge Thomas Ambro, Circuit Judge Mckee. They divided my birthright and cast lots on my U.S. Birth Documents stolen.

Atribution of criminality to these unavailing court officers, Judiciary, taking special coloration from each other from 2004 to 2008, in which conspiracy theories warrants a drift which must include them. See Krulewitch v. United States, 69 S. Ct. 716 (1949). Sitting down in their Chambers they kept watch over me in a cell, I am actually innocent. See Schlup v. Delo, 513 U.S. 298 (1995). I am persuaded to say this draconian court remains a place of skull, where Jesus Christ was crucified. See Mathew 27:33.

Submitted under penalty of perjury to be true and correct. 28 U.S.C. Section 1746.

Dated 1/1/, 2008.

GBEKE MICHAEL AWALA
No. 82074-054

GBEKE M. Awala
No. 82074-054
U.S. P. Canaan
P.O. Box 300
Waymart, PA 18472

Legal Mail:

U.S.M.S. X-RAY

JOSEPH J. FARNAN
DISTRICT JUDGE
U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570