# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

08-1076

Awala v. Dalleo

07-cv-00173

### O R D E R

Pursuant to Fed. R. App. P. 3(a)(2) of the Federal Rules of Appellate Procedure and 3rd Cir. LAR Misc. 107.2(a), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute. It is

 FURTHER ORDERED that a certified copy of this order be issued forthwith as the in lieu of a formal mandate.


For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

cc: Mr. Gbeke Michael Awala
    Seth M. Beausang, Esq.


 Dated:  March 12, 2008